DANIEL M. PETROCELLI  (S.B. # 97802)
dpetrocelli@omm.com
DAVID MARROSO  (S.B. # 211655)
dmarroso@omm.com
STEPHEN J. MCINTYRE  (S.B. # 274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

KATRINA M. ROBSON  (S.B. # 229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Plaintiff Global Music Rights, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENTRAVISION COMMUNICATIONS CORPORATION., a Delaware corporation,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(17 U.S.C. § 101)**<br><br>**JURY DEMAND** |

Plaintiff Global Music Rights, LLC ("Global Music Rights"), by and through its attorneys, states the following as its Complaint against Entravision Communications Corporation ("Entravision"):

/ / /

/ / /

**PRELIMINARY STATEMENT**

1.      Musical compositions are intellectual property and, in the case of "hit" compositions, highly valuable intellectual property.  United States law grants copyright owners certain exclusive rights to that property, including the right to authorize others to perform publicly their music.  *See* 17 U.S.C. § 106.

2.      Terrestrial radio companies perform musical compositions to drive listenership which, in turn, drives advertising and other forms of revenue.  Before performing publicly copyrighted compositions, however, terrestrial radio companies must obtain authorization to do so.

3.      When a terrestrial radio company performs a musical composition without obtaining the necessary advanced permission, it acts in violation of federal copyright laws.  When that terrestrial radio company had been offered *five* separate opportunities to license the public performances, *declined* all of the opportunities, paid *nothing* for the performances, and *still* performed *hundreds* of compositions *10,000 thousand times,* then it acted *willfully* in violation of federal copyright laws.

4.      Defendant Entravision is a willful copyright infringer.  By way of this Complaint, plaintiff Global Music Rights seeks to hold Entravision accountable for its willful infringements.

**JURISDICTION AND VENUE**

5.      This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq*. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

6.      This Court has personal jurisdiction over Entravision because, among other things, Entravision's principal place of business is in the State of California and in this judicial district, Entravision regularly conducts or has conducted business in the State of California and in this judicial district, and Entravision has

COMPLAINT FOR COPYRIGHT
INFRINGEMENT

caused injury to Global Music Rights within the State of California and in this judicial district.

7.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a), and 28 U.S.C. § 1391(b).

## PARTIES

8.    Performance Rights Organizations, or "PROs" as they are known in the music industry, represent songwriters and publishers in licensing the public performances of copyrighted music.  For decades, there were only three PROs—ASCAP, BMI, and SESAC—which collectively represented (and continue to represent) more than tens of thousands of composers and 20 million compositions that are available for public performance.

9.    Founded in 2013, Global Music Rights is the fourth PRO overall—and the first new PRO in the United States in more than 70 years.  Global Music Rights represents an elite roster of roughly 80 premium songwriters and associated publishers, including Bruce Springsteen, Bruno Mars, Drake, Pharrell Williams, John Lennon, and The Eagles, in licensing the public performances of their copyrighted music (the "Global Music Rights Compositions").  These songwriters and publishers have granted Global Music Rights the right to license to others the Global Music Rights Compositions.  Global Music Rights has the right to license their works, collect applicable license fees for performances of those works, remit payments, and enforce the intellectual property rights in court if necessary.

10.   Global Music Rights is a Delaware limited liability company with its principal place of business at 1100 Glendon Avenue, Suite 2000, Los Angeles, California 90024.

11.   Entravision is a Delaware corporation with its principal place of business at 2425 Olympic Boulevard, Santa Monica, California 90404.

12.   Entravision is a sophisticated media company that operates scores of radio stations across the United States and reports annual revenues of nearly $300

COMPLAINT FOR COPYRIGHT
INFRINGEMENT

million.  During the relevant period in this case, Entravision owned radio stations including but not limited to: KDLD-FM, KLYY-FM, KSSE-FM, KFRQ-FM, KOFX-FM, KXKL-FM, KIMN-FM, and KVLY-FM.

13.     Some of Entravision's radio stations perform Global Music Rights Compositions and, since at least 2017, these Entravision stations have performed Global Music Rights Compositions without obtaining a license in violation of copyright laws.

## THE COPYRIGHTED WORKS

14.     Beginning as late as January 1, 2017 (and possibly earlier) and continuing through the present, radio stations owned by Entravision have publicly performed Global Music Rights Compositions without obtaining a license and without paying for their performances.  Exhibit A identifies the Global Music Rights Compositions that are currently the subject of this lawsuit.  Radio stations owned by Entravision performed publicly these Global Music Rights Compositions *more than 10,000 times*.[1]

15.     Each of the Global Music Rights Compositions listed on Exhibit A was registered with the United States Copyright Office and complied in all respects with the requirements of the Copyright Act.  Certificates of Registration have been granted for each of those works.

16.     The owners of each work listed on Exhibit A each possess public performance rights in the Global Music Rights Compositions.  Those owners have granted to Global Music Rights the exclusive third-party right to license to others the right to perform publicly the Global Music Rights Compositions.

17.     For each infringement listed on Exhibit A, Entravision and/or radio stations owned by Entravision did not have a valid license, authorization, permission, or consent to perform publicly the Global Music Rights Compositions.

---

[1] Global Music Rights reserves the right to amend its complaint based on further investigation and/or information learned in discovery.

18.     Also, radio stations owned by Entravision may have performed publicly without authorization and, therefore, intentionally infringed other Global Music Rights Compositions that are not identified on Exhibit A and for which they may be liable under the Copyright Act.

19.     Entravision's infringement of each Global Music Rights Composition is governed by the same legal rules and involves similar facts and, thus, litigating them together promotes the administration of justice and avoids a multiplicity of separate, similar actions against Entravision.

## ENTRAVISION'S INTENTIONAL INFRINGEMENT

20.     Entravision-owned radio stations have infringed the Global Music Rights Compositions thousands of times.  Entravision had the legal obligation to ensure that its radio stations obtained authorization to perform the Global Music Rights Compositions before the stations publicly performed the Global Music Rights Compositions.  Entravision did not obtain the necessary authorization, making the calculated decision instead to infringe freely and hope Global Music Rights would either not find out or not enforce its rights.

21.     Entravision is aware and knows that the public performance of copyrighted musical compositions on its radio stations without a valid license would constitute copyright infringement.  According to its website, "Entravision Communications Corporation is a leading global media company" with an "expansive portfolio . . . comprised of television, radio, and digital properties and data analytics services."  *See* http://www.entravision.com/investor-info/  (last accessed on October 2, 2019).  Entravision "owns and operates 49 . . . radio stations featuring nationally recognized talent."  *Id.*  As a media company of this size, Entravision is well-versed in matters of licensing and copyright infringement and understands fully its obligation to obtain a performance rights license before performing copyrighted works on its radio stations.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

22.     Entravision is aware and knows that the public performance of the Global Music Rights Compositions required prior authorization and that publicly performing the Global Music Rights Compositions without prior authorization would constitute copyright infringement.  Global Music Rights's entrance into the PRO market in 2013 was headline news in the music industry and was noted in multiple national publications.  *See, e.g.*, Ben Sisario, *Irving Azoff to Start New Entertainment Business*, NEW YORK TIMES, Sept. 4, 2013.[2]  In the years following Global Music Rights's founding, prominent music industry publications have regularly published articles tracking the movement of artists from other PROs to Global Music Rights.  *See, e.g.*, Ed Christman, *Pharrell to Leave ASCAP for Irving and Grimmet's Global Music Rights*, BILLBOARD MAGAZINE, Jul. 25, 2014;[3] Ed Christman, *Prince Estate Taps Azoff's Global Music Rights to Oversee Artist's Entire Catalog*, BILLBOARD MAGAZINE, Jan. 11, 2017.[4] Another PRO, BMI, posted a notice on its website notifying licensees that a number of songwriters previously affiliated with BMI had joined Global Music Rights and that a license from BMI would no longer permit the public performance of those songwriters' compositions.

23.     Entravision made a willful, calculated, and strategic decision not to obtain prior authorization to perform publicly the Global Music Rights Compositions and hope that Global Music Rights would not find out or would choose not to enforce its rights.  On multiple occasions between January 2017 and March 2019, Global Music Rights offered Entravision the opportunity to license

---

[2] Available at https://www.nytimes.com/2013/09/05/business/media/irving-azoff-starts-new-entertainment-business.html (last accessed October 2, 2019).
[3] Available at https://www.billboard.com/articles/business/6188942/pharrell-to-leave-ascap-for-irving-and-grimmets-global-music-rights (last accessed October 2, 2019).
[4] Available at https://www.billboard.com/articles/business/7654288/prince-global-music-rights-gmr-performance-licensing-deal (last accessed October 2, 2019).

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Global Music Rights Compositions for public performance and warned Entravision that its stations were not authorized to perform publicly the Global Music Rights Compositions unless Entravision secured and paid for a license:

    a.  The first written proposal from Global Music Rights to Entravision was in January 2017.  It stated: "Global Music Rights has agreed to offer a 9-month . . . license to [Entravision] . . . If you choose to enter into this . . . license, stations owned by Entravision Communications Corp . . . may publicly perform Global Music Rights's repertory . . . ."  Entravision did not respond, did not submit a signed license, and did not pay Global Music Rights any money.

    b.  In March 2017, Global Music Rights sent Entravision another communication, stating: "We write to follow up on our attempts to contact you concerning your radio station group and Global Music Rights compositions. Global Music Rights offered [a] . . . license to radio station groups seeking to use Global Music Rights compositions . . . To date, we have not received a signed agreement or payment from you. Accordingly, you are not authorized to perform Global Music Rights compositions."  Entravision did not respond, did not submit a signed license, and did not pay Global Music Rights any money.

    c.  In August 2017, Global Music Rights sent Entravision another communication, stating: "Global Music Rights is . . . offering [a] 6-month license . . . If you choose to enter into this . . . license, stations owned by Entravision Communications Corp may publicly perform Global Music Rights's repertory."  Entravision did not respond, did not submit a signed license, and did not pay Global Music Rights any money.

    d.  In February 2018, Global Music Rights sent Entravision another communication, stating: "Global Music Rights is . . . offering [a] 6-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

month license . . . If you choose to enter into this . . . license, stations owned by Entravision Communications Corp may publicly perform Global Music Rights's repertory." Entravision did not respond, did not submit a signed license, and did not pay Global Music Rights any money.

e. In August 2018, Global Music Rights sent Entravision another communication, stating: "Global Music Rights is . . . offering [a] 6-month license . . . If you choose to enter into this . . . license, stations owned by Entravision Communications Corp may publicly perform Global Music Rights's repertory." Entravision did not respond, did not submit a signed license, and did not pay Global Music Rights any money.

f. In March 2019, Global Music Rights sent Entravision another communication, stating: "Global Music Rights is . . . offering [a] 6-month license . . . If you choose to enter into this . . . license, stations owned by Entravision Communications Corp may publicly perform Global Music Rights's repertory." Entravision did not respond, did not submit a signed license, and did not pay Global Music Rights any money.

24. Entravision did not respond to any of the communications and did not obtain authorization to perform the Global Music Rights Compositions. Nevertheless, stations owned by Entravision performed publicly more than 130 Global Music Rights Compositions, over 10,000 times, at a minimum.

25. The stations that performed the Global Music Rights Compositions without authorization profited handsomely from the use of the intellectual property. In each of 2017 and 2018 Entravision reported net revenues in excess of $60 million for its radio stations.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT

**CLAIM FOR RELIEF**

**COUNT I**

**(Direct Copyright Infringement – Public Performance)**

26.     Global Music Rights incorporates herein by this reference each and every allegation contained in paragraphs 1 through 25 above.

27.     The copyrights to the Global Music Rights Compositions have been registered with the United States Copyright Office.

28.     Global Music Rights has the exclusive third-party right to authorize others to publicly perform the Global Music Rights Compositions.

29.     Entravision has infringed the copyright interests in the Global Music Rights Compositions by performing the Global Music Rights Compositions on its radio stations without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

30.     Entravision's acts of infringement are willful, intentional, purposeful, and in disregard of and indifferent to the rights of Global Music Rights and those of the songwriters it represents.

31.     As a direct and proximate result of Entravision's willful and infringing uses of the Global Music Rights Compositions, Global Music Rights is entitled to maximum statutory damages of $150,000 for each copyright infringed, or actual damages and Entravision's profits in amounts to be proven at trial, and/or such other amount as may be proper under 17 U.S.C. § 504(c).

32.     Global Music Rights is further entitled to recover its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

33.     As a result of Entravision's acts and conduct, Global Music Rights has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Global Music Rights is informed and believes, and on that basis avers, that unless enjoined by this Court, Entravision will continue to infringe Global Music Rights's rights in the Global

Music Rights Compositions. Global Music Rights is entitled to permanent injunctive relief to restrain and enjoin Entravision's continuing infringing conduct.

## JURY DEMAND

34.     Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Global Music Rights requests that the Court enter judgment in its favor and against Entravision as follows:

a) That Entravision has violated Section 501 of the Copyright Act (17 U.S.C. § 501);

b) Require Entravision to pay maximum statutory damages in an amount not less than $150,000 per Global Music Rights Composition as permitted in 17 U.S.C. § 504(c), or pursuant to 17 U.S.C. § 504(b), Global Music Rights's actual damages plus Entravision's profits from infringement, in an amount to be proven at trial, and such further damages as permitted by applicable law;

c) That Entravision, its agents, servants, employees, and all persons acting under its permission and authority, be preliminarily and permanently enjoined and restrained from infringing, in any manner, the Global Music Rights Compositions, pursuant to 17 U.S.C. § 502;

d) That Entravision be ordered to pay costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

e) Such other and further relief as the Court may deem just and proper.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1
2
3   Dated: October 3, 2019                          Respectfully submitted,
4
5                                                   By: */s/ Daniel M. Petrocelli*_____
6
7                                                       Daniel M. Petrocelli
                                                        dpetrocelli@omm.com
8                                                       David Marroso
                                                        dmarroso@omm.com
9                                                       Stephen J. McIntrye
                                                        smcintyre@omm.com
10                                                      O'MELVENY & MYERS LLP
11                                                      1999 Avenue of the Stars
                                                        Los Angeles, California  90067
12                                                      Telephone:  (310) 553-6700
13
14                                                      Katrina M. Robson (*pro hac vice*)
                                                        krobson@omm.com
15                                                      O'MELVENY & MYERS LLP
16                                                      1625 Eye Street, NW
                                                        Washington, D.C.  20006-4001
17                                                      Telephone:  (202) 383-5300
18
19                                                      *Attorneys for Global Music Rights, LLC*
20
21
22
23
24
25
26
27
28

EXHIBIT A

GLOBAL MUSIC RIGHTS COMPOSITIONS INFRINGED BY ENTRAVISION

| No. | Composition Title | U.S. Copyright Registration Number |
|---|---|---|
| 1. | CATCH MY FALL | PA0000214888 |
| 2. | AGAINST THE WIND | PA0000074189 |
| 3. | BEAUTIFUL LOSER | EU0000565028 |
| 4. | FEEL LIKE A NUMBER | PA0000131458 |
| 5. | FIRE DOWN BELOW | PA0000135530 |
| 6. | FIRE LAKE | PA0000058403 |
| 7. | HER STRUT | PA0000074937 |
| 8. | HOLLYWOOD NIGHTS | PA0000131455 |
| 9. | KATMANDU | EU0000565029 |
| 10. | MAINSTREET | PA0000135529 |
| 11. | NIGHT MOVES | PA0000135531 |
| 12. | ROCK AND ROLL NEVER FORGETS | PA0000135532 |
| 13. | STILL THE SAME | PA0000044251 |
| 14. | SUNSPOT BABY | EU0000725043 |
| 15. | TRAVELIN' MAN | EU0000565030 |
| 16. | TURN THE PAGE (LIVE BULLET) | EU0000386404 |
| 17. | WE'VE GOT TONITE | PA0000131459 |
| 18. | YOU'LL ACCOMP'NY ME | PAu000123327 |
| 19. | ROLL ME AWAY | PA0000170542 |
| 20. | BORN TO RUN | EU616322 |
| 21. | BLINDED BY THE LIGHT | EU0000376180 |
| 22. | BORN IN THE U.S.A. | PAu000634797 |
| 23. | BRILLIANT DISGUISE | PAu001023407 |
| 24. | COVER ME | PAu000372038 |
| 25. | DANCING IN THE DARK | PAu000610205 |
| 26. | FIRE | PA0000002445 |
| 27. | GLORY DAYS | PAu000634801 |
| 28. | HUNGRY HEART | PAu000149052 |
| 29. | I'M ON FIRE | PAu000634793 |
| 30. | MY HOMETOWN | PAu000634798 |
| 31. | PINK CADILLAC | PAu000497022 |
| 32. | ROSALITA (COME OUT...) | EU467944 |
| 33. | TENTH AVENUE FREEZE-OUT | EU616319 |
| 34. | THE RIVER | PAu000149051 |
| 35. | THUNDER ROAD | EU616320 |
| 36. | TUNNEL OF LOVE | PAu001023402 |
| 37. | SPIRIT IN THE NIGHT | EU376181 |
| 38. | LIGHT OF DAY | PA0001245565 |
| 39. | HUNGER STRIKE | PA0000563394 |

| No. | Composition Title | U.S. Copyright Registration Number |
|---|---|---|
| 40. | SAY HELLO 2 HEAVEN | PA0000563402 |
| 41. | DYSTOPIA | PA0002065923 |
| 42. | RIDE THE LIGHTNING | PA0000260105 |
| 43. | DESPERADO | EU399849 |
| 44. | LAST RESORT | PA0000045157 |
| 45. | LYIN' EYES | PA0000016335 |
| 46. | ONE OF THESE NIGHTS | PA0000016327 |
| 47. | TEQUILA SUNRISE | EP326574 |
| 48. | THE LONG RUN | PA0000046173 |
| 49. | BOYS OF SUMMER | PA0000239432 |
| 50. | BETTER MAN | PA0000663649 |
| 51. | JEREMY | PA0000563408 |
| 52. | YELLOW LEDBETTER | PA0000756318 |
| 53. | CAN'T DENY ME | PA0002114397 |
| 54. | MIND YOUR MANNERS | PA0001860408 |
| 55. | SIRENS | PA0001865642 |
| 56. | ALIVE | PA0000563413 |
| 57. | BLACK | PA0000563412 |
| 58. | EVEN FLOW | PA0000544552 |
| 59. | AM I SAVAGE? | PA0002072154 |
| 60. | ATLAS, RISE! | PA0002071962 |
| 61. | BATTERY | PA0000290088 |
| 62. | HARDWIRED | PA0002042603 |
| 63. | HARVESTER OF SORROW | PA0000384985 |
| 64. | HIT THE LIGHTS | PA0000309504 |
| 65. | HOLIER THAN THOU | PA0000537294 |
| 66. | MOTH INTO FLAME | PA0002071965 |
| 67. | NO LEAF CLOVER | PA0000996438 |
| 68. | NOTHING ELSE MATTERS | PA0000537299 |
| 69. | NOW THAT WE'RE DEAD | PA0002071964 |
| 70. | ONE | PA0000384983 |
| 71. | SAD BUT TRUE | PA0000537293 |
| 72. | SEEK & DESTROY | PA0000309512 |
| 73. | SPIT OUT THE BONE | PA0002072339 |
| 74. | WHEREVER I MAY ROAM | PA0000537296 |
| 75. | WHIPLASH | PA0000309509 |
| 76. | JUMP IN THE FIRE | PA0000309507 |
| 77. | DISPOSABLE HEROES | PA0000290084 |
| 78. | ENTER SANDMAN | PA0000537292 |
| 79. | ESCAPE | PA0000260103 |
| 80. | FUEL | PA0000879637 |
| 81. | HERO OF THE DAY | PA0001589182 |
| 82. | KING NOTHING | PA0000803511 |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| No. | Composition Title | U.S. Copyright Registration Number |
|---|---|---|
| 83. | OF WOLF AND MAN | PA0000537300 |
| 84. | THE MEMORY REMAINS | PA0000879638 |
| 85. | THE THING THAT SHOULD NOT BE | PA0000290086 |
| 86. | THE UNFORGIVEN | PA0000537295 |
| 87. | THROUGH THE NEVER | PA0000537298 |
| 88. | TRAPPED UNDER ICE | PA0000260102 |
| 89. | WELCOME HOME (SANITARIUM) | PA0000290085 |
| 90. | BREAK IT UP | PA0000111560 |
| 91. | FEELS LIKE THE FIRST TIME | PAu000161350 |
| 92. | I DON'T WANT TO LIVE W/O YOU | PA0000349891 |
| 93. | I WANT TO KNOW WHAT LOVE IS | PA0000233586 |
| 94. | URGENT | PA0000111563 |
| 95. | FACE THE FACE | PA0000271507 |
| 96. | LET MY LOVE OPEN THE DOOR | PAu000195123 |
| 97. | SLIT SKIRTS | PA0000148642 |
| 98. | ANOTHER TRICKY DAY | PAu000276742 |
| 99. | ATHENA | PA0000152025 |
| 100. | EMINENCE FRONT | PA0000152030 |
| 101. | SLIP KID | EU0000626826 |
| 102. | SQUEEZE BOX | EU0000626830 |
| 103. | WHO ARE YOU | PA0000038596 |
| 104. | YOU BETTER YOU BET | PAu000276746 |
| 105. | YOU REALLY GOT A HOLD ON ME | EU0000746652 |
| 106. | WHO'S LOVING YOU | EU0000638752 |
| 107. | LAUGHING BOY | EP0000172741 |
| 108. | MY GUY | EU0000818026 |
| 109. | THE ONE WHO REALLY LOVES YOU | EU0000706593 |
| 110. | TWO LOVERS | EU0000744333 |
| 111. | MICKEY'S MONKEY | EU0000781471 |
| 112. | BABY THATS BACKATCHA | EP0000335871 |
| 113. | BEING WITH YOU | PA0000112943 |
| 114. | THE AGONY AND THE ECSTASY | EP0000335869 |
| 115. | I'VE BEEN GOOD TO YOU | EU0000699498 |
| 116. | MORE LOVE | EP0000231124 |
| 117. | AUTOMATICALLY SUNSHINE | EP0000298785 |
| 118. | FLOY JOY | EP0000294057 |
| 119. | GET READY | EP0000212745 |
| 120. | I WANT A LOVE I CAN SEE | PA0000371365 |
| 121. | YOU'LL LOSE A PRECIOUS LOVE | EP0000198595 |
| 122. | I DON'T BLAME YOU AT ALL | EP0000291287 |
| 123. | ABRACADABRA | PA0000142113 |
| 124. | FLY LIKE AN EAGLE | EU0000671181 |
| 125. | LIVING IN THE USA | EU0000076235 |
| 126. | ROCK'N ME | EP361643 |

- 14 -

| No. | Composition Title | U.S. Copyright Registration Number |
|-----|-------------------|-----------------------------------|
| 127. | TAKE THE MONEY AND RUN | EU0000671184 |
| 128. | SPACE INTRO. | EU0000679837 |
| 129. | HOT IN THE CITY | PA0000159639 |
| 130. | WHITE WEDDING | PA0000159638 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR COPYRIGHT
INFRINGEMENT